# IN THE SUPREME COURT OF THE STATE OF NEVADA

QBE INSURANCE CORPORATION, A
FOREIGN CORPORATION,
          Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JESSICA K. PETERSON, DISTRICT
JUDGE,

          Respondents,

and

LAMPLIGHT VILLAGE @
CENTENNIAL SPRINGS
HOMEOWNERS ASSOCIATION,

          Real Party in Interest.

No. 84181

**FILED**

OCT 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this original petition for a writ of mandamus is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

22-31875

cc: Hon. Jessica K. Peterson, District Judge
Backus, Carranza & Burden
Sheppard Mullin, Richter & Hampton LLP/San Diego
Lemons, Grundy & Eisenberg
Matthew L. Sharp, Ltd.
Friedman Rubin PLLP/Bremerton
Claggett & Sykes Law Firm
Prince Law Group
Duane Morris LLP/Las Vegas
Laura Anne Foggan
United Policyholders
Bradley Drendel & Jeanney
Eighth District Court Clerk